UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JANE DOE,

                         Plaintiff,

         - against -

JOHN ROE,

                         Defendant.
---------------------------------------------------------------X

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Civil No.: 17-civ-6029 (CS)

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), by and between the undersigned, that this action is hereby dismissed with prejudice and without costs or fees to any party;

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts with facsimile and/or electronic signatures treated as originals; and

DATED: February 28, 2018

**MORRISON COHEN LLP**

_____
Edward P. Gilbert
909 Third Avenue, 27th Floor
New York, NY 10022
Tel.: (212) 735-8675
egilbert@morrisoncohen.com
*Attorney for Plaintiff John Roe*

DATED: February __, 2018

**NESENOFF & MILTENBERG LLP**

_____
Gabrielle M. Vinci
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Tel.: (212) 736-4500
gvinci@nmllplaw.com
*Attorney for Defendant Jane Doe*

SO ORDERED:

_____
Hon. Cathy Seibel

Dated: 2/28, 2018

#7695024 v2 \026387 \0001